Opinion issued June 17, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00555-CV

———————————

CARISSA D.
ARNOLD F/K/A CARISSA D. GOETZ, Appellant

V.

UNIFUND CCR PARTNERS, Appellee



 



 

On Appeal from the County Civil Court at Law
No. 1

 Harris County, Texas



Trial Court Case No. 918466 

 



 

       MEMORANDUM OPINION

Appellant, Carissa D. Arnold f/k/a
Carissa D. Goetz, has failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

          We
dismiss the appeal for want of prosecution for failure to timely file a
brief.  We deny all pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and
Sharp.